UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD RYAN OSWALD,

Plaintiff,

v.

MV TRANSPORTATION, INC., et al.,

Defendants.

Case No.  25-cv-00696-AMO

**ORDER CONTINUING STAY; ADMINISTRATIVELY CLOSING CASE**

On January 5, 2026, the Court granted Defendants' motion for judgment on the pleadings. Dkt. No. 44.  On February 4, 2026, the Court compelled the remaining cause of action to arbitration and stayed the case.  Dkt. No. 47.  The stay remains in effect.

Given the procedural posture, the Court **ORDERS** that the instant case is **CLOSED** for statistical purposes only.  Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered.  Within 30 days of the resolution of the arbitration, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: May 19, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**